JACOB KEUR, Individually and Doing Business under the Name of C. KEUR & SONS, Appellant, *v.* PROMINENT BULB COMPANY et al., Respondents, et al., Defendants.

Argued February 22, 1955; decided March 11, 1955.

*George A. Burrell* for appellant.

*Joseph M. Paley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.